# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David A. Borton,                                    Civil No. 04-3396 (DWF/RLE)

        Petitioner,

v.                                                                      **ORDER**

Donald L. Stine,

        Respondent.

---

David A. Borton, *Pro Se*, #10988-040, Petitioner.

Steven L. Schleicher, Assistant United States Attorney, United States Attorney's Office, Respondent.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

**ORDERED:**

That the Petitioner's Application for Habeas Corpus Relief under Title 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**.

Dated:  July 26, 2005                        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          Judge of United States District Court